```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/09/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

RONALD ADAMS,

           Defendant.

ORDER

23 Cr. 109 (VM)

    WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Judge James L. Cott on February 28, 2023;

    WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

    WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

    IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. Sentencing is scheduled for June 30, 2023 at 11:00 a.m.

**SO ORDERED:**

Dated: New York, New York
       March   09  , 2023

_____
HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK