```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/13/2023
```

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

RONALD ADAMS,

                Defendant.

**23 Cr. 109 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The status conference scheduled for June 16, 2023 at 4:00 p.m. is hereby rescheduled to June 16, 2023 at 1:30 p.m., during which the Court will also conduct a review of Defendant's bail.

**SO ORDERED.**

Dated:    13 June 2023
            New York, New York

                                          _____
                                            Victor Marrero
                                              U.S.D.J.

1