```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

           Plaintiff,

- against -

RONALD ADAMS,

           Defendant.

23 Cr. 109 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

For the reasons stated on the record on this date, June 16, 2023, the Government's request for revocation of Defendant Ronald Adams's ("Adams") bail is **GRANTED**, and accordingly Adams's bail is revoked, and he is hereby remanded to the custody of the United States Marshal.

Upon the application of the Defendant and over objection of the Government, the Court's remand order is stayed until June 20, 2023. Defendant shall surrender to the United States Marshal for the Southern District of New York by 2:00 p.m. on June 20, 2023.

**SO ORDERED.**

Dated:    16 June 2023
            New York, New York

                                          _____
                                              Victor Marrero
                                                  U.S.D.J.