```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/26/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

RONALD ADAMS,

                Defendant.

---

**23 Cr. 109 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Upon consent of the Government, the Defendants' request to adjourn sentencing, scheduled for June 30, 2023 p.m. is granted. Sentencing is hereby adjourned to September 8, 2023 at 11:00 a.m. The Clerk is respectfully directed to terminate the motion pending at Dkt. No. 24.

**SO ORDERED.**

Dated:    26 June 2023
            New York, New York

                                            _____
                                                Victor Marrero
                                                    U.S.D.J.