```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/07/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

      - against -

RONALD ADAMS,

                Defendant.

**23 Cr. 109 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Upon consent of the Government, the Defendant's request to adjourn sentencing, scheduled for September 8, 2023, is granted. Sentencing is hereby adjourned to November 17, 2023 at 1:00 p.m. The Clerk is respectfully directed to terminate any motion pending at Dkt. No. 28.

**SO ORDERED.**

Dated:    7 August 2023
           New York, New York

                                    _____
                                        Victor Marrero
                                          U.S.D.J.