```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/24
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

      - against -

RONALD ADAMS,

                Defendant.

**23 Cr. 109 (VM)**
**23 Cr. 618 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The sentencing proceeding in these matters, currently scheduled for January 19, 2024, is hereby adjourned to January 25, 2024 at 1 PM.

**SO ORDERED.**

Dated:    17 January 2024
            New York, New York

                                            _____
                                            Victor Marrero
                                            U.S.D.J.