USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/24

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

      - against -

RONALD ADAMS,

                Defendant.

**23 Cr. 109 (VM)**
**23 Cr. 618 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO**, United States District Judge.

    The sentencing proceeding in these matters, currently scheduled for January 25, 2024, is hereby **RESCHEDULED** for January 24, 2024 (i.e., one day earlier) at 10 AM.

**SO ORDERED.**

Dated:    22 January 2024
              New York, New York

_____
Victor Marrero
U.S.D.J.